**PRISONER CASE**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

## Civil Cover Sheet

**Plaintiff(s):** United States of America ex rel. MICHAEL J. CORBETT

**Defendant(s):** THOMAS DART, etc.

**County of Residence:** COOK

**County of Residence:**

**Plaintiff's Address:**
Michael J Corbett
#2007-0064752
Cook County Jail
P.O. Box 089002
Chicago, IL 60608

**Defendant's Attorney:**

08CV1079
JUDGE KENDALL
MAGISTRATE JUDGE SCHENKIER

KC FILED
Feb 21 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
☑ 3. Federal Question (U.S. gov't. not a party)
☐ 2. U.S. Government Defendant
☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**Origin:**
☑ 1. Original Proceeding
☐ 2. Removed From State Court
☐ 3. Remanded From Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred From Other District
☐ 6. MultiDistrict Litigation
☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 530 Habeas general

**Cause of Action:** 28:2254

**Jury Demand:** ☐ Yes ☑ No

**Signature:** A.E. Woodham    **Date:** 02/21/2008

Can not go to Manning