IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
FEB 21 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES OF AMERICA, ex rel
Michael J Corbett
20070064752
PETITIONER

VS

People of the State of Illinois
Honorable Judge John Hynes
Honorable William Phelan
Sheriff Thomas Dart
RESPONDANTS

Case No: _____

08CV1079
JUDGE KENDALL
MAGISTRATE JUDGE SCHENKIER

Case Number of State Court Proceeding
No: 07MC006044-01

MOTION FOR EMERGENCY HEARING FOR WRIT OF HABEAS CORPUS

NOW COMES THE PETITIONER, MICHAEL J CORBETT, PROPRIA PERSONA, pursuant to 28 U.S.C.A §2243, respectfully requests this Honorable Court to forthwith issue its Writ and to grant the Petitioner an emergency hearing. In Support of this Motion, the Petitioner states:

1. The Petitioner is presently incarcerated at the Cook County Jail.
2. The Petitioners' continued incarceration will severely hamper the preparation of his defense

1 of 2

3 Further delay in ruling upon the Petitioners claims will render said claims moot unless ruled upon expeditiously

4 As of 1/9/08, the Petitioner has been held for 136 days of a 90 day sentence, after good time, and will continue to be held indefinately (As of 2/1/08, 159 days

WHEREFORE, THE PETITIONER, MICHAEL J CORBETT, PROPRIA PERSONA, respectfully requests this Honorable Court to grant him an emergency hearing in the above referenced cause.

*Michael J Corbett*
1/9/08

I, Michael J Corbett, on oath, states the above is within his personnel knowledge, is true and correct, and if asked to testify to it in Court, I would do so

*Michael J Corbett*
1/9/08
Michael J Corbett
11523 Villa Court
Alsip, IL 60808
P.O. Box 089002
Chicago IL, 60608
20070064752